

PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

| | | |
|---|---|---|
| In Re: | * | |
| MARIA S. AGUIRRE | * | Case No.   13-27092WIL |
| | * | Chapter   13 |
| | * | |
| Debtor(s) | * | |

## MEMORANDUM TO DEBTOR'S COUNSEL

Before the court is a Motion for Reconsideration of Order Limiting Fee of Counsel and Directing Refund to Debtor. Counsel for the Debtor is directed to file his time records in support of the relief requested.

cc:   Maria S. Aguirre aka Maria S Novoa aka Maria Novoa-Cornejo
4613 Lincoln Ave.
Beltsville, MD 20705

Adam Brown Ross
The Law Offices of Richard B. Rosenblatt
30 Courthouse Square
Suite 302
Rockville, MD 20850

Trustee
Nancy Spencer Grigsby
4201 Mitchellville Road
Suite 401
Bowie, MD 20716

**End of Memorandum**